6

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT BRAUN, Defendant-Appellant.

(No. 73-146; )

Third District—October 26, 1973.

Opinion by Mr. PRESIDING JUSTICE ALLOY.

James Geis, Deputy Defender, of Ottawa, for appellant.

Fred R. Odendahl, State's Attorney, of Monmouth, for the People.